IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10571
Conference Calendar
_____


THOMAS SOSA,

Plaintiff-Appellant,

versus

NFN JOHNSON,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:99-CV-393
--------------------
December 13, 2000

Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

Thomas Sosa (TDCJ # 668562) has, on at least three prior occasions, filed in forma pauperis (IFP) complaints that have been dismissed as frivolous or for failure to state a claim. See Sosa v. Doe, No. 99-41101 (5th Cir. Mar. 16, 2000). Sosa is thus BARRED from proceeding IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g). Sosa has failed to establish any such danger.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Therefore, Sosa's leave to proceed IFP on appeal is DECERTIFIED. The appeal is DISMISSED. Sosa may seek to reinstate the appeal by paying the full appellate filing fee of $105 to the clerk of the district court within 15 days of the date of this opinion.

IFP DECERTIFIED; APPEAL DISMISSED; THREE-STRIKES BAR IMPOSED.